2026R00549/JSG

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Karen M. Williams |
| | : | |
| v. | : | Crim. No. 26-437 |
| | : | |
| CARLOS H. CORDERO-GUTIERREZ | : | 21 U.S.C. § 846 |

## I N F O R M A T I O N

The defendant having waived in open court prosecution by Indictment, the United States charges:

From on or about February 1, 2026, and continuing to on or about April 28, 2026, in the District of New Jersey, and elsewhere, the defendant,

**CARLOS H. CORDERO-GUTIERREZ**,

knowingly and intentionally conspired and agreed with others to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

In violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION

Upon conviction of the offense in violation of Title 21, United States Code, Section 846, as alleged in this Information, defendant CARLOS H. CORDERO-GUTIERREZ shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offense charged in this Information, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of such offense.

## SUBSTITUTE ASSETS PROVISION

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

ROBERT FRAZER
United States Attorney

Jonathan S. Garelick
Assistant U.S. Attorney

Approved:

R. David Walk, Jr.
Deputy U.S. Attorney

**CASE NUMBER:** 26-437

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

**v.**

**CARLOS H. CORDERO-GUTIERREZ**

# INFORMATION FOR
**21 U.S.C. § 846**

ROBERT FRAZER
UNITED STATES ATTORNEY

JONATHAN S. GARELICK
ASSISTANT U.S. ATTORNEY
TRENTON, NEW JERSEY
(609) 858-0307